IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
18 JUN 22 PM 1:52
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD
DEPUTY CLERK

| | |
|---|---|
| LISA TORREY, KATHRYN KOCUREK, Individually and on behalf of the Estate of J. DAVID KOCURE, PH.D.; LANA BARNES, Individually and on behalf of the Estate of AL BARNES; AMY HENNEKEN; JANE POWELL; CAROL FISCH; CHRISTOPHER VALERIO; STEVEN WARD; RANDY SYKES; BRIENNA REED; ROSETTA FULLER; ADRIANA MONTIERO MOREIRA; JESSICA McKINNIE; KRISTINE WOODARD; GAIL MEADS; DR. MICHAEL FUNDENBERGER; GAYLE CLARKE; ALLISON LYNN CARUANA; CHLOE LOHMEYER; MAX SHINDLER; TAWNYA DAWN SMITH, Individually and as Next Friend of MONET PITRE; MIKE PEACHER, Individually and as Next Friend of ASHLEIGH PEACHER; ALARIE BOWERMAN, Individually and as Next Friend of ELISA BOWERMAN; EMORY BOWERMAN; and ANAIS BOWERMAN, *Plaintiffs*, <br><br>v. <br><br>INFECTIOUS DISEASES SOCIETY OF AMERICA; BLUE CROSS AND BLUE SHIELD ASSOCIATION; ANTHEM, INC.; BLUE CROSS AND BLUE SHIELD OF TEXAS; AETNA INC.; CIGNA CORPORATION; KAISER PERMANENTE, INC.; UNITED HEALTHCARE SERVICES, INC.; UNITED HELATHGROUP INCORPORATED; DR. GARY P. WORMSER; DR. RAYMOND J. DATTWYLER; DR. EUGENE SHAPIRO; DR. JOHN J. HALPERIN; DR. ROBERT B. NADELMAN; DR. LEONARD SIGAL; and DR. ALLEN STEERE, *Defendants*. | Civil Action No. <br><br> A18MC0525 RP |

# NON-PARTY TEXAS MEDICAL BOARD'S OPPOSED MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS AND NOTICE OF OBJECTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 45(d)(3)(A)(iii), non-party the Texas Medical Board (TMB) files this opposed Motion to Quash the "Subpoena to Produce Documents, etc." (Subpoena) served on it on May 28, 2018. *See* Exhibit A attached hereto. The Subpoena was served by the captioned Plaintiffs, who are also plaintiffs in *Lisa Torrey, et al. v. Infectious Diseases Society of America, et al.*, Civil Action No. 5:17-CV-00190-RWS, which is pending in the United States District Court for the Eastern District of Texas. Pursuant to Federal Rule of Civil Procedure 45(d)(1), this motion is being filed in the district in which compliance is required, the United States District Court for the Western District of Texas, Austin Division.

## MOTION TO QUASH

### A. Standard

Under Federal Rule of Civil Procedure 45, a district court "must quash or modify a subpoena that "requires disclosure of privileged or other protected matter, if no exception or waiver applies." Fed. R. Civ. P. 45(d)(3)(A)(iii).

### B. Privileged Information

The TMB requests this Court to quash the subpoena because the information requested is confidential pursuant to § 164.007(c) of the Texas Medical Practice Act (MPA), which provides:

> Each complaint, adverse report, investigation file, other investigation report, and other investigative information in the possession of or received or gathered by the board or its employees or agents relating to a license holder, an application for license, or a criminal investigation or proceeding *is privileged and confidential and is not subject to discovery, subpoena, or other means of legal compulsion for release to anyone other than the board or its employees or agents involved in discipline of a license holder.* For purposes of this subsection, investigative information includes information relating to the identity of, and a report made by, a physician performing or supervising compliance monitoring for the board.

Tex. Occ. Code § 164.007(c) (emphasis added).

The records which are potentially responsive to the subpoena include investigation files which are expressly exempt from disclosure, discovery, subpoena, or other means of legal compulsion. *See* Affidavit of Scott Freshour attached hereto as Exhibit B.

The records which are potentially responsive to the subpoena also include reports to the National Practitioner Database (NPDB). That material is confidential under federal law, which provides:

> Limitations on disclosure. Information reported to the NPDB is considered confidential and shall not be disclosed outside the Department of Health and Human Services, except as specified in §§ 60.17, 60.18, and 60.21 of this part. Persons and entities receiving information from the NPDB, either directly or from another party, must use it solely with respect to the purpose for which it was provided. The Data Bank report may not be disclosed, but nothing in this section will prevent the disclosure of information by a party from its own files used to create such reports where disclosure is otherwise authorized under applicable state or Federal law.

45 C.F.R. § 60.20(a). The exceptions specified in 45 C.F.R. § 60.17, 60.18 and 60.21 do not apply. *See also* 42 U.S.C. § 1396r-2(c) (Secretary shall provide for suitable safeguards for the confidentiality of the information). *See also* Exhibit B (Freshour affidavit).

Disclosing any NPDB report in an investigative file or otherwise gathered by the TMB would violate the confidentiality provisions of 45 C.F.R. § 60.20 and 42 U.S.C. § 1396r-2.

The only exceptions to confidentiality are Agreed Orders, Remedial Plans, and Physician Public Verification, which are available on the TMB's website. The TMB will provide those documents to Plaintiffs' counsel.

## NOTICE OF OBJECTIONS

The TMB hereby notifies Plaintiffs, through their counsel, of the aforementioned objections to the Subpoena pursuant to Rule 45(d)(2)(B) of the Federal Rules of Civil Procedure.[1]

## PRAYER

The TMB respectfully requests this Court to quash the Subpoena for the reasons listed above. The TMB further prays for such other and further relief, both general and special, at law and in equity, to which it may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

---

[1] Plaintiffs' counsel agreed in writing that the deadline for submitting Rule 45 objections is extended to June 22, 2018.

NICHOLE BUNKER-HENDERSON
Chief, Administrative Law Division

_____
Ted A. Ross
State Bar No. 24008890
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Facsimile: (512) 456-4372
ted.ross@oag.texas.gov
*Attorneys for the Texas Medical Board*

# CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned made a good-faith attempt to resolve this matter by conferring on the telephone with Plaintiffs' counsel, who stated that he opposes this motion.

_____
Ted A. Ross

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following counsel via e-mail and electronic service on June 22, 2018:

Daniel R. Dutko
Hanszen Laporte, LLP
14201 Memorial Drive
Houston, TX 77079
DDutko@hanszenlaporte.com
*Attorneys for Plaintiffs*

_____
Ted A. Ross